denied. *Mr. William D. Whitney* for petitioner. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Messrs. Robert L. Stern, Charles A. Horsky,* and *Daniel W. Knowlton* for Cahill et. al., respondents. *Messrs. Ezra Brainerd, Jr.* and *Alex. M. Bull* for the Brotherhood of Locomotive Engineers et al., intervening-respondents.

No. 929. FIRST NATIONAL BANK, ADMINISTRATOR, *v.* UNITED STATES. May 29, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John E. Hughes* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *James E. Murphy* for the United States.

No. 931. BALTIMORE & OHIO R. Co. *v.* SPOTTS. May 29, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Edward W. Rawlins* for petitioner. *Messrs. Tom Davis* and *Ernest A. Michel* for respondent.

No. 936. SPECK *v.* LAVINO SHIPPING Co., AGENT. May 29, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Abraham E. Freedman* for petitioner. No appearance for respondent.

No. 963. FLICKER ET AL., CO-ADMINISTRATORS, *v.* RABINOVICH. May 29, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. William A. Monten* for petitioners. No appearance for respondent.